
JC/DSG: USAO 2025R00128

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND




| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. 26-cr-00064-DLB |
| | * |
| ANGEL MANFREDI CAMPOS-MELENDEZ, | * (Kidnapping, 18 U.S.C. § 1201; Aiding |
| a/k/a Guanaco, | * and Abetting, 18 U.S.C. § 2; Forfeiture, |
| a/k/a Firme, | * 18 U.S.C. § 924(d), 18 U.S.C. |
| EDWIN ALEXANDER GARCIA-HERNANDEZ, | * § 981(a)(1)(C)) |
| a/k/a Toby, | * |
| | * |
| Defendants | * |
| | * |

\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Kidnapping)

The Grand Jury for the District of Maryland charges that:

1. On or about October 27, 2024, in the District of Maryland and elsewhere, the defendants,

**ANGEL MANFREDI CAMPOS-MELENDEZ,**
a/k/a Guanaco, a/k/a Firme, and
**EDWIN ALEXANDER GARCIA-HERNANDEZ, a/k/a Toby,**

and others known and unknown to the Grand Jury, did knowingly and willfully seize, confine, inveigle, decoy, kidnap, and abduct Victim E and held Victim E for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate and foreign commerce, namely a motor vehicle and cell phone, in committing and in furtherance of such offense.

18 U.S.C. § 1201(a)(1); 18 U.S.C. § 2

*Kelly O. Hayes* /s/

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: February 19, 2026