IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR - 6 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs.

Edwin Alexander Garcia-Hernandez

Case No. DLB 26-cr-00064-2

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Teresa Whalen_, and the Government was represented by Assistant United States Attorney _Joel Crespo_, it is

**ORDERED**, this ___6th___ day of ___March___ 2026, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Chief Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement